**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

March 30, 2026

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court United States Court of Appeals
for the Second Circuit 40 Foley Square New
York, NY 10007

Re:     United States v. Charlie Javice,  Docket No. 25-2895

Dear Ms. Wolfe:

Pursuant to the Court's December 30, 2025 Order granting the motion by Defendant-Appellant Charlie Javice to hold her appeal in abeyance pending additional proceedings before the district court, we respectfully submit this letter to update the Court on the status of those proceedings.

On March 24, 2026, the district court denied the Rule 33 motions by Ms. Javice and her co-defendant, Olivier Amar.  Ms. Javice plans to timely file a notice of appeal from the denial of her motion and respectfully submits that her appeal from the denial of that motion should be consolidated with this open appeal, as well as the appeal of Mr. Amar.  Mr. Amar's time to file a notice of appeal was stayed by the filing of his Rule 33 motion.  Ms. Javice respectfully submits that, after Mr. Amar files a notice of appeal, both appeals should be consolidated so that briefing may go forward in tandem and both matters may be heard together.

Respectfully submitted,

*/s/ Erica L. Perdomo*
Erica L. Perdomo

Erica L. Perdomo
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
2601 S. Bayshore Dr., Suite 1500
Miami, Florida 33133
305.402.4880
ericaperdomo@quinnemanuel.com

Christopher Tayback
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213.443.3000
christayback@quinnemanuel.com

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

cc:     Counsel of Record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH