# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand twenty-six.

---

United States of America,

       Appellee,

  v.

Charlie Javice, Olivier Amar, AKA Charlie Amar,

       Defendants - Appellants.

---

**ORDER**

Docket Nos. 25-2895 (L), 26-832 (Con), 26-877 (Con)

On December 30, 2025, the Court granted Appellant Javice's motion to hold his appeal in 25-2895 in abeyance pending the district court's decision on motions for a new trial filed by Appellant Javice and co-defendant Olivier Amar. On March 24, 2026, the district court denied the motions for a new trial. Javice and Amar appealed. On May 6, 2026, Appellants Javice and Amar filed a Local Rule 31.2 scheduling notification proposing a brief filing date of August 5, 2026. The date requested exceeds the time permitted under the rules.

IT IS ORDERED that the stay of 25-2895 is hereby lifted. Appellants' principal briefs must be filed by July 22, 2026. If the briefs are not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

