**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: US v. Javice (Amar) _____ Docket No.: 25-2895 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jake Rush

Firm: Kobre & Kim LLP

Address: 1919 M Street, NW, Washington, DC 20036

Telephone: (202) 664-1909 _____ Fax: (212) 488-1220

E-mail: jake.rush@kobrekim.com

Appearance for: Olivier Amar, appellant
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: Alexandria Swette and Jonathan Cogan, Kobre & Kim LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on April 29, 2026 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: Jake Rush

Type or Print Name: Jake Rush